

# Fourth Court of Appeals
## San Antonio, Texas

June 4, 2015

No. 04-14-00894-CR

Adam Paul **EANNARINO**,
Appellant

v.

**THE STATE OF TEXAS,**
Appellee

From the 186th Judicial District Court, Bexar County, Texas
Trial Court No. 2013CR8490
Honorable Maria Teresa Herr, Judge Presiding

# O R D E R

The Appellant's Motion for Extension of Time to File Brief is hereby GRANTED. The Appellant's brief is due June 4, 2015.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 4th day of June, 2015.

_____
Keith E. Hottle
Clerk of Court